## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ARCHER-DANIELS-MIDLAND COMPANY, )
                                )
                    Plaintiff,  )      Case No. 1:19-cv-7950
                                )      Hon. Sara L. Ellis
                                )
              v.                )
                                )
ADM LABS LLC,                   )
                                )
                                )
                    Defendant.  )

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION

Plaintiff, Archer-Daniels-Midland Company ("ADM"), and Defendant, ADM Labs LLC

("ADM Labs") have agreed to resolve the above-captioned litigation (the "Litigation"). Pursuant

to that agreement, the parties request that the Court enter their proposed Consent Judgment and

Permanent Injunction, which has been sent via e-mail to the Court, per the Court's rules.

WHEREFORE, Plaintiff, ADM, and Defendant, ADM Labs, jointly request that the

Court enter the Proposed Order entitled Consent Judgment and Permanent Injunction.

Respectfully submitted,

DATED: December 3, 2020

Innis Law Group LLC
By: s/Mary E. Innis
Mary E. Innis
Innis Law Group LLC
321 N. Clark Street, Suite 2465
Chicago, IL 60654
Tel. (312 )321-9020
Email: minnis@innislaw.com

Attorneys for Plaintiff
ARCHER-DANIELS-MIDLAND
COMPANY

DATED: December 8, 2020

ADM LABS LLC
By:
Arman Motiwalla
390 Interlocken Crescent
Denver, CO 80021
Tel. (720)770-0608
Email: arman@hempcorpusa.com

Chairman for Defendant
ADM LABS LLC